**THIS ORDER IS APPROVED.**

**Dated: September 01, 2009**



_/s/ James M. Marlar_
**JAMES M. MARLAR**
U.S. Bankruptcy Judge

LAW OFFICE OF CHERYL K. COPPERSTONE, P.C.
252 WEST INA ROAD SUITE 203
TUCSON, AZ 85704
(520) 628-8888

**CHERYL K. COPPERSTONE**
Bar No. 015009
**CALEB N. BROWN**
Bar No. 25293
Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re the Matter of: | Case No. 4:09-bk-13437-JMM |
| SCOTT DAVIS | Chapter 13 |
| KARRI DAVIS | |
| Debtor. | |
| SCOTT DAVIS AND KARRI DAVIS AND DIANNE C. KERNS, CHAPTER 13 TRUSTEE, | Adv Pro No: 4:09-ap-00805-JMM |
| Plaintiffs, v. | **ORDER GRANTING DEBTORS' APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES AS AN ADMINISTRATIVE EXPENSE** |
| COUNTRYWIDE HOME LOANS, INC, an Arizona Corporation | |
| Defendant | |

UPON DEBTOR'S APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES AS AN ADMINISTRATIVE EXPENSE and notice having been given to all interested parties and there being no objection and good cause appearing therefore,

IT IS HEREBY ORDERED that the Debtors, Scott & Karri Davis, Application is granted and the attorney's fees in the amount of **$1,092.99** be paid outside the plan

DONE IN OPEN COURT this _____ day of _____, 2009.

_____
HONORABLE JAMES M. MARLAR
United States Bankruptcy Judge